

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00369-CV

**IN THE INTEREST OF L.M.H.** and J.R.H., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01720
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal.

SIGNED January 13, 2021.

_____
Rebeca C. Martinez, Chief Justice